# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JAQUELL JONES,

                Plaintiff,

v.

FERNANDO PETERS,

                Defendant.

Case No. 16-CV-920-JPS

**ORDER**

      On September 5, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party. (Docket #14). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

      Accordingly,

      **IT IS ORDERED** that the parties' stipulation of dismissal (Docket #14) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice and without costs.**

      Dated at Milwaukee, Wisconsin, this 8th day of September, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge